PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kamar Williams                                              Cr.: 11-00404-002
                                                                              PACTS #: 61647

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/07/2012

Original Offense: POSSESSION OF A WEAPON BY A CONVICTED FELON

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/08/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On October 27, 2015, Williams tested positive for marijuana. |

U.S. Probation Officer Action:

The offender will be referred to Narcotic Anonymous meetings to attend weekly sessions for two months. We will notify Your Honor of any additional noncompliance.

Respectfully submitted,

By: Kellyanne Kelly
    Senior U.S. Probation Officer

*Maureen Kelly*  Maureen Kelly
               2015.11.18 08:51:35 -05'00'

Date: 11/18/2015

Prob 12A – page 2
Kamar Williams

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:*

☐ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

Nov 18 2015
_____
Date